IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| American Civil Liberties Union/ Eastern Missouri Fund, et al. | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Case No. 13-4223-CV-C-MJW ) |
| George A. Lombardi, | ) ) |
| **Defendant.** | ) ) |

## ADMINISTRATIVE TRANSFER

The above styled action was filed on October 23, 2013. Since this case challenges a Missouri statute, it has been redrawn from the correct judge deck and randomly reassigned to the Honorable Beth Phillips. The new case number is now 13-4223-CV-C-BP.

          Ann Thompson, Clerk

          By: /s/ J Russel
              Deputy Clerk

Dated: 10/24/2013

Jefferson City, Missouri