**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | |
|---|---|
| American Civil Liberties of Missouri Foundation, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:13-cv-4223-BP ) |
| George A. Lombardi, | ) ) |
| Defendant. | ) ) |

Disclosure of Corporation Interests

Comes now Plaintiff American Civil Liberties Union/Eastern Missouri Fund d/b/a American Civil Liberties Union of Missouri Foundation, in accordance with Local Rule 7.1, and files the following certificate of interest:

1. The parent companies of the corporation: None.

2. Subsidiaries not wholly owned by the corporation: None.

3. Any publicly held company that owns ten percent or more of the corporation: None.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827
GRANT R. DOTY, #60788
AMERICAN CIVIL LIBERTIES
    UNIONOF EASTERN MISSOURI
454 Whittier Street
St. Louis, Missouri 63108
Phone: 314/652-3114
Fax: 314/652- 3112

Attorneys for Plaintiffs

<u>Certificate of Service</u>

      I certify that a copy of the foregoing was served upon defendants by placing the same in the First Class mail addressed as set forth below on October 24, 2013:

George A. Lombardi
2729 Plaza Drive
Jefferson City, Missouri 65102

                                          <u>/s/ Anthony E. Rothert</u>