# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| American Civil Liberties of Missouri Foundation, et al., ) | |
| Plaintiffs, ) | |
| ) No. 2:13-cv-4223-BP | |
| v. ) | |
| George A. Lombardi, ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

Comes now Grant R. Doty of the American Civil Liberties Union of Missouri Foundation and hereby enters his appearance as counsel for both Plaintiffs in the above captioned cause.

Respectfully submitted,

/s/ Grant R. Doty
ANTHONY E. ROTHERT, #44827
GRANT R. DOTY, #60788
AMERICAN CIVIL LIBERTIES UNION
 OF MISSOURI FOUNDATION
454 Whittier Street
St. Louis, Missouri 63108
Phone: 314/652-3114
Fax: 314/652- 3112

trothert@aclu-mo.org
gdoty@aclu-mo.org

**Attorneys for Plaintiffs**

1

## Certificate of Service

I certify that a copy of the foregoing was served upon defendants by placing the same in the First Class mail addressed as set forth below as set forth below on October 24, 2013:

George A. Lombardi
2729 Plaza Drive
Jefferson City, Missouri 65102.

In addition, a copy has been delivered by electronic mail to Mike Spillane, who has agreed to accept service in this matter.

/s/ Grant R. Doty