IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT
WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION/EASTERN MISSOURI FUND, d/b/a AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION et al., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:13-CV-4223 |
| GEORGE A. LOMBARDI, | ) ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Assistant Attorney General Michael J. Spillane enters his appearance as counsel of record for Respondent for the above captioned case.

    Respectfully submitted,

    **CHRIS KOSTER**
    Attorney General

    /s/Michael J. Spillane
    **Michael J. Spillane**
    Assistant Attorney General
    Missouri Bar No. 40704
    P.O. Box 899
    Jefferson City, MO 65102
    Telephone: (573)751-0967
    Facsimile: (573)751-3825
    Attorneys for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system on October 25, 2013. This Court's electronic filing system should serve counsel for the plaintiffs, who are electronic filers.


/s/Michael J. Spillane
Michael J. Spillane
Assistant Attorney General