**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION/EASTERN MISSOURI FUND, d/b/a AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION, et al., | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:13-CV-4223 BP ) |
| GEORGE A. LOMBARDI, | ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE OF DEFENDANT'S RESPONSES TO FIRST REQUEST FOR ADMISSIONS AND FIRST INTERROGATORIES TO DIRECTOR LOMBARDI**

On June 16, 2014, Defendant Lombardi mailed responses to Plaintiff's first request for admissions and first set of interrogatories to counsel for Plaintiffs listed below.

Anthony E. Rothert
Grant R. Doty
AMERICAN CIVIL LIBERTIES
UNION OF MISSOURI FOUNDATION
454 Whittier Street
St. Louis MO 63108
Phone: 314.652.3114
Fax: 314.652.3112
Email: gdoty@aclu-mo.org

Gillian R. Wilcox
AMERICAN CIVIL LIBERTIES
UNION OF MISSOURI FOUNDATION
3601 Main Street
Kansas City MO 64111
Phone: 816.470.9933
Fax: 314.652.3114
Email: gwilcox@aclu-mo.org

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

/s/Caroline M. Coulter
**Caroline M. Coulter**
Assistant Attorney General
Missouri Bar No. 60044
P.O. Box 899
Jefferson City, MO 65102
Telephone: (573)751-0967
Facsimile: (573)751-3825
Attorneys for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system on June 16, 2014. This Court's electronic filing system should serve counsel for the plaintiffs, who are electronic filers.

/s/Caroline M. Coulter
Caroline M. Coulter
Assistant Attorney General