# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

AMERICAN CIVIL LIBERTIES UNION )
OF MISSOURI FOUNDATION, et al., )
                                  )
       Plaintiffs, )
                                  )
v. )          No. 2:13-CV-4223 BP
                                  )
GEORGE A. LOMBARDI, )
                                  )
       Defendant. )

## CERTIFICATE OF SERVICE
## PLAINTIFFS' RESPONSE TO DEFENDANT'S INTERROGATORIES

Plaintiffs, by through counsel, hereby certify that their Responses to Defendant's Request

for Production were sent, postage prepaid on August 13, 2014, to:

          Caroline M. Coulter
              Assistant Attorney General
          Missouri Attorney General's Office
          Public Safety Division
          207 W. High Street
          Jefferson City, MO 65102

                        /s/ Grant R. Doty
                        ANTHONY E. ROTHERT, #44827
                        GRANT R. DOTY, #60788
                        American Civil Liberties Union of Missouri
                            Foundation
                        454 Whittier Street
                        St. Louis, Missouri 63108
                        Phone: 314/669-3422
                        Email: gdoty@acul-mo.org

                        GILLIAN R. WILCOX, #61278MO
                        American Civil Liberties Union of Missouri
                            Foundation
                        3601 Main Street
                        Kansas City, Missouri 64111

                        **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on August 13, 2014.

/s/ Grant R. Doty