**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| American Civil Liberties of Missouri Foundation, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 2:13-cv-4223-BP<br>)<br>) |
| George A. Lombardi, | )<br>)<br>) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATION**

Come now Plaintiffs, pursuant to Local Rule 7.0(f) of the United States District Court for the Western District of Missouri, and move this Court for permission to file a memorandum in excess of 15 pages. In support, Plaintiffs state:

1. Pursuant to Local Rule 7.0(f), "[s]uggestions in support of or in opposition to a motion shall be no longer than 15 double-spaced typewritten pages, exclusive of facts presented in accordance with Rule 56.1, without permission of the Court."

2. The response to Defendant's statement of material facts together with the arguments in opposition to Defendant's various arguments for judgment as a matter of law cannot be adequately presented to this Court within the confines of a 15-page limit.

3. Plaintiffs' proposed suggestions in opposition to Defendant's motion for summary judgment, with exhibits, are attached hereto.

4. No party will be prejudiced by the grant of this motion.

WHEREFORE, Plaintiffs move this court for permission to file suggestions in opposition to Defendant's motion for summary judgment in excess of the page limitation.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Grant R. Doty, #60788
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
trothert@aclu-mo.org
gdoty@aclu-mo.org

Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
3601 Main Street
Kansas City, Missouri 64111
(816) 470-9938
gwilcox@aclu-mo.org

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system to counsel of record this 30th day of September, 2014.

/s/ Anthony E. Rothert